# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VERONICA MCMILLIN, | ) | 3:15-cv-00222-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 14) filed on March 22, 2016, in which the Magistrate Judge recommends that this court enter an order granting plaintiff's motion for reversal and/or remand (ECF No. 10), denying defendant's cross-motion to affirm (ECF No. 11), and remanding the matter to the Administrative Law Judge to address and resolve the apparent conflict between the vocational expert's testimony and the Dictionary of Occupational Titles. No objections to the report and recommendation have been filed and the time for filing any objections has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636

and applicable case law.  Accordingly, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (ECF No. 14).  Therefore, plaintiff's motion for remand(ECF No. 10) is granted, defendant's cross-motion to affirm (ECF No. 11) is denied, and this action is remanded to the Administrative Law Judge for further proceedings consistent with this order.  The Clerk of the Court shall enter judgment accordingly.

    IT IS SO ORDERED.

    DATED: This 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE